UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 131 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| VINCENT LAMAR STOKES, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Vincent Lamar Stokes, which was referred to the Magistrate Judge with the consent of the parties.

On March 17, 2022, the government filed a 2 count Indictment, charging Defendant Stokes, with Felon in Possession of Firearm and Ammunition, and Prohibited Person in Possession of a Firearm, in violation of Title 18 U.S.C.§§ 922(g)(1), 924(a)(2), respectively. Defendant Stokes was arraigned on March 24, 2022, and entered a plea of not guilty to Counts 1 and 2 of the Indictment, before Magistrate Judge Greenberg. On May 23, 2022, Magistrate Judge Greenberg, received Defendant Stokes's plea of guilty to Count 1of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Stokes is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Vincent Lamar Stokes is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1), and 924(a)(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on September 8, 2022, at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 13, 2022